UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, et al.,<br>Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 22-02672 (RCL) |

**PROPOSED ORDER**

Plaintiffs' motion for a stay is hereby granted and plaintiffs deadline under LCvR 23.1(b) to file their motion for class action treatment is stayed until the date of the Rule 16 scheduling conference.

HON. AMY ROYCE C. LAMBERTH<br>
United States District Court Judge

1