UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, et al.,<br>Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 22-02672 (RCL) |

### AFFIDAVIT OF SERVICE OF PROCESS UPON THE DISTRICT OF COLUMBIA- MAYOR

I hereby affirm under the penalties of perjury that I am not a party herein and I am at least 18 years of age, and that I served process in this case as follows:

**Person Served**            **Date Served**
Government of the District of Columbia, Mayor    November 24, 2022

### SERVED ON MAYOR

**Documents Served**
(1) Summonses issued; (2) Complaint; (3) Civil Cover Sheet; (4) Notice of Related Case; (5) Notice and Consent to Magistrate

Also enclosed in the service packet were the motion for class action treatment and the proposed order [ECF Nos. 4 and 4-1].

**Method of Service**
**COVID-19 Email Protocol —**
Pursuant to the District's Covid service protocol I emailed the documents to all three of the following and Ms. Robinson replied received:
Chad Copeland, Deputy Attorney General (chad.copeland@dc.gov);
Stephanie Litos, Assistant Deputy Attorney General (stephanie.litos@dc.gov); and Tonia Robinson (tonia.robinson@dc.gov).

This protocol is also published at

https://oag.dc.gov/about-oag/oag-coronavirus-information-page (last checked 11/28/2022)

**Temporary Service of Process**: OAG is no longer accepting service of process in person due to the COVID-19 emergency. Litigants or counsel who are seeking to serve the District may do so by mail in accordance with court rules, or by emailing chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov.

.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

11/28/2022.

Respectfully submitted,


/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for plaintiffs and the proposed classes

ClaiborneLaw
717 D Street, N.W
Suite 300
Washington, DC 20004
Phone 202/824-0700
Email claibornelaw@gmail.com

2