UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD, *et al.*,**<br><br>      **Plaintiffs,**<br><br>      **v.**<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>      **Defendant.** | **Civil Action No. 1:22-cv-02672-RCL** |

## DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION TO STAY DEADLINE TO FILE MOTION FOR CLASS ACTION

Defendant the District of Columbia (the District) responds briefly to Plaintiffs' Motion to Stay Deadline to File Motion for Class Action Treatment (Motion) [4].

The District consents to staying the deadline for Plaintiffs to file a motion under Local Civil Rule 23.1(b), but not for as long as Plaintiffs' request; Plaintiffs seek to stay their deadline "until at least the date of the Rule 16 scheduling conference" and establish a briefing schedule for the motion for class action treatment "as part of the Scheduling Order."  Mot. at 1.

The District intends to file a motion to dismiss and suggests that the Court establish a class certification briefing schedule after it decides the District's motion, if necessary, and stay the Parties' obligations under Rule 16.3 until after the Court's class certification decision.  This will ensure that the Parties and Court have a clear sense of the scope of the action—specifically, whether it will be only as to the claims of the named Plaintiffs or as to their putative class(es)—prior to developing a discovery plan, considering early ADR, or deciding on an appropriate schedule for further proceedings, among others.  The interests of party and judicial economy are served by this approach.  An appropriate proposed order is included.

Date: December 1, 2022.                                      Respectfully Submitted,

                                                               KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendant*

2