# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action No. 1:22-cv-02672-RCL** |

## ORDER

Upon consideration of Plaintiffs' Motion to Stay Deadline to File Motion for Class Action Treatment, Defendant's Response, and the entire record, it is:

**ORDERED** that Plaintiffs' Motion is **GRANTED IN PART**; and it further

**ORDERED** that Plaintiffs' obligation under LCvR 23.1(b) is hereby **STAYED** pending the Court's consideration of Defendant's forthcoming motion to dismiss; and it is further

**ORDERED** that Plaintiffs shall file their motion for class certification under LCvR 23.1(b) within 30 days of any order denying, in whole or in part, Defendant's forthcoming motion to dismiss; and it is further

**ORDERED** that the Parties' obligations under LCvR 16.3 are hereby **STAYED** until further order of the Court.

**SO ORDERED.**

Dated: _____                         _____
                                                ROYCE C. LAMBERTH
                                                Senior Judge