UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 1:22-CV-02672-RCL |

### [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Reassignment (Motion) and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Clerk shall return this case to the Calendar and Case Management Committee for random reassignment.

**SO ORDERED**.

Date: _____

                                                      Royce C. Lamberth
                                                      United States District Judge