UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>    Defendant. | Civil Action No. 1:22-cv-02672-RCL |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME TO RESPOND**

    Defendant District of Columbia (the District) moves under Rule 6(b)(1)(A) and with Plaintiffs' consent for an extension of time—until February 13, 2023—to respond to the Complaint. Rule 6(b)(1)(A) provides for extensions on a showing of good cause. The District was served with the Complaint on November 29, 2022, and its rule-based responsive pleading deadline is currently December 20, 2022. The Complaint, brought on behalf of a putative class, is long and legally complex, and the District anticipates filing a dispositive motion in response. Preparing that pleading, especially around the impending December holidays, will take considerable time. The District submits that this constitutes good cause justifying the requested extension. Plaintiffs consent, so no party will suffer prejudice if the Court agrees and grants this Motion. And the proposed extension will neither affect other dates or deadlines nor materially delay resolution of the action. A brief memorandum and proposed order are attached.

Date: December 6, 2022.                                              Respectfully Submitted,

                                                                                KARL A. RACINE
                                                                                 Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**,<br><br>    Defendant. | Civil Action No. 1:22-cv-02672-RCL |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME TO RESPOND**

In support of Defendant's Consent Motion for an Extension of Time to Respond, Defendant submits the following:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Defendant's showing of good cause, as stated in the Motion;

3. Plaintiffs' consent to the requested relief; and

4. The inherent power of the Court.

Date: December 6, 2022.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendant*