## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD, *et al.*,** | |
| **Plaintiffs,** | |
| **v.** | Civil Action No. 1:22-CV-02672-RCL |
| **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

## ORDER

Upon consideration of Defendant's Consent Motion for Extension of Time to Respond (Motion), Plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file its response to the Complaint by February 13, 2023.

**SO ORDERED**.

Date: _____

_____
ROYCE C. LAMBERTH
United States District Judge