UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 1:22-CV-02672-RCL |

**DEFENDANT'S SECOND CONSENT MOTION
FOR AN EXTENSION OF TIME TO RESPOND**

Defendant District of Columbia (the District) moves under Rule 6(b)(1)(A) and with Plaintiffs' consent for an additional two weeks—until February 27, 2023—to answer or otherwise respond to the Complaint in this case. This is a putative class action served shortly before the 2022 holiday season lodging constitutional challenges to certain core aspects of the District's concealed carry and firearm registration laws. On December 9, 2022, the Court granted the District's request to extend the rule-based responsive pleading deadline until February 13, 2023. Unfortunately, despite this generous extension, counsel for the District are still conferring internally and amongst the numerous stakeholder agencies to determine whether—and to what extent—a Rule 12 motion might be warranted in response to the Complaint. Counsel will continue to work as expeditiously as possible but anticipates requiring an extra two weeks to conclude these efforts and finalize the District's response. Given the gravity of the legal issues raised in the Complaint, the District submits that this constitutes good cause supporting an additional two-week extension of the current deadline. *See* Rule 6(b)(1)(A) (providing for extensions of existing deadlines on a showing of "good cause"). If the Court

agrees and grants this Motion, no party will suffer prejudice, no other dates or deadlines will be affected, and the proceeding will not be unreasonably delayed. A brief memorandum and proposed order are attached.

Date: February 7, 2023.                                  Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
ADAM J. TUETKEN [242215]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, *et al.*,<br><br>　Plaintiffs,<br><br>　v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>　Defendant. | Civil Action No. 1:22-CV-02672-RCL |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S SECOND CONSENT
MOTION FOR AN EXTENSION OF TIME TO RESPOND**

In support of Defendant's Second Consent Motion for an Extension of Time to Respond, the District submits the following:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. The existence of showing of good cause, as stated in the Motion;

3. Plaintiffs' consent to the requested relief; and

4. The inherent power of the Court.

Date: February 7, 2023.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN L. SCHWALB
　　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　　STEPHANIE E. LITOS
　　　　　　　　　　　　　　　　　　　　Interim Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew R. Blecher*
　　　　　　　　　　　　　　　　　　　　MATTHEW R. BLECHER [1012957]
　　　　　　　　　　　　　　　　　　　　Chief, Civil Litigation Division, Equity Section

2

/s/ *Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
ADAM J. TUETKEN [242215]
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendant*