# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD**, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**,<br><br>Defendant. | **Civil Action No. 1:22-CV-02672-RCL** |

## ORDER

Upon consideration of Defendant's Second Consent Motion for Extension of Time to Respond (Motion), Plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file its response to the Complaint by February 27, 2023.

**SO ORDERED**.

Date: _____

_____
ROYCE C. LAMBERTH
United States District Judge