UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 1:22-CV-02672-RCL |

### ORDER

Upon consideration of Defendant's Second Consent Motion for Extension of Time to Respond (Motion), Plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file its response to the Complaint by February 27, 2023.

**SO ORDERED.**

Date: 2/10/23

ROYCE C. LAMBERTH
United States District Judge