UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | Civil Action No. 1:22-cv-02672-RCL |

**DEFENDANT'S CONSENT MOTION FOR LEAVE TO
EXCEED THIS COURT'S PRESUMPTIVE PAGE LIMIT**

Defendant District of Columbia (the District) moves under Rule 7(b) and LCvR 7(e)—and with Plaintiffs' consent—for leave to exceed this Court's presumptive page limit by ten pages for purposes of its forthcoming motion to dismiss the Complaint. LCvR 7(e) sets the presumptive page limit for the District's motion at 45 pages, "without prior approval of the Court," and Rule 7(b) requires that requests to this Court be submitted in writing and be made with particularity.

The Complaint in this case, brought on behalf of a putative class, is long and legally complex, asserting several facial and as-applied constitutional challenges to various aspects of the District's firearms laws. The District intends to move to dismiss the Complaint on Monday, February 27—the current responsive pleading deadline. Although counsel will endeavor to be as concise as possible in the drafting and review processes, due to the Complaint's complexity, the District's forthcoming motion will likely exceed the 45-page limit by approximately ten pages. Accordingly, the District requests leave to exceed the page limit and file a brief not longer than

55 pages.  Plaintiffs consent, so no party will suffer prejudice if the Court agrees and grants this Motion.  A brief memorandum and proposed order are attached.

Date: February 24, 2023.                                  Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD,** *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>　　Defendant. | Civil Action No. 1:22-cv-02672-RCL |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR
LEAVE TO EXCEED THIS COURT'S PRESUMPTIVE PAGE LIMIT**

　　In support of Defendant's Consent Motion for Leave to Exceed This Court's Presumptive Page Limit, Defendant submits the following:

1. Rule 7(b) of the Federal Rules of Civil Procedure;

2. Local Rule 7(e);

3. Plaintiffs' consent to the requested relief; and

4. The inherent power of the Court.

Date: February 24, 2023.　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　BRIAN L. SCHWALB
　　　　　　　　　　　　　　　　　　　　　Attorney General for the District of Columbia

　　　　　　　　　　　　　　　　　　　　　STEPHANIE E. LITOS
　　　　　　　　　　　　　　　　　　　　　Interim Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Civil Litigation Division

　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew R. Blecher*
　　　　　　　　　　　　　　　　　　　　　MATTHEW R. BLECHER [1012957]
　　　　　　　　　　　　　　　　　　　　　Chief, Civil Litigation Division, Equity Section

2

                                                 */s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendant*