# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**,<br><br>    Defendant. | Civil Action No. 1:22-cv-02672-RCL |

## ORDER

Upon consideration of Defendant's Consent Motion for Leave to Exceed This Court's Presumptive Page Limit (Motion), Plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the page limit for Defendant's dispositive motion is hereby increased to 55 pages.

**SO ORDERED**.

Dated: _____         _____
                                 ROYCE C. LAMBERT
                                 United States District Judge