# EXHIBIT B

# Key Notice of Denial



# Concealed Carry Pistol License Application
## Notice of Denial

Metropolitan Police Department · Firearms Registration Branch
300 Indiana Avenue NW, #3058 · Washington, DC 20001 · (202) 727-4275

## Applicant Information

| Key | Tony | Timothy |
|---|---|---|
| *Last Name* | *First Name* | *Middle Initial* |

| 15306 Jenkins Ridge Road | Bowie | MD | 20721 |
|---|---|---|---|
| *Home Street Address* | *City* | *State* | *ZIP Code* |

Date: June 24, 2021

Dear Sir or Madam:

A determination has been made to **deny** your application for a concealed carry pistol license. The Firearms Control Regulations Act of 1975, D.C. Code § 7-2501 et seq., and its implementing regulations, D.C. Mun. Regs. tit. 24, § 2300 et seq., specify certain licensing requirements and qualifications for those intending to carry a concealed pistol in the District of Columbia. During a background check, the Metropolitan Police Department (MPD) searches several databases which contain records of persons with disqualifying information. MPD is authorized to deny a license when the subject of a background check has been matched with a prohibiting record or does not meet the standards of suitability.

Your denial is based on the standard of eligibility under Title 24, District of Columbia Municipal Regulations, § 2332.1(h) states, "a person is eligible for issuance of a license to carry a concealed pistol (concealed carry license or license) only if the person. (h) Is a suitable person to be so licensed.

Based upon the aforementioned facts and circumstances, it is recommended that this application for a CPL be **denied** pursuant to D.C. Code § 7-2509.02(a)(2) (making eligibility for firearms registration a prerequisite for concealed pistol licensing) and D.C. Code § 7-2502.03(a)(6A) "within the 5 years immediately preceding the application, has not had a history of violent behavior". (eligibility criteria not currently met).

When determining whether a person meets this standard of eligibility, MPD assesses all available evidence that may reveal your criminal history. This decision may be based on police or court records that have been sealed from the public; arrest records that may not have resulted in charges or convictions; and even records from incidents that may not have resulted in an arrest. Behavior that is violent or criminal demonstrating instability, unpredictability, or low self-control may be grounds for denial under the standard of eligibility. This determination takes into account risk factors, such as any acts of violence, history of domestic or intimate partner violence or abuse, threatened or actual use of weapons, drug or alcohol abuse, and reckless or repetitious illegal behavior. MPD conducts an individualized assessment to determine whether an applicant's history has shown instability, low self control, that may reasonably present a danger to the public.

If you are being denied a renewal license application, please note that all licensees are being held to the standard of eligibility described above. This may explain a denial decision without any change in

circumstance that would affect your eligibility. As noted above, MPD's standard of eligibility is primarily based on reducing risk to public safety in the District of Columbia.

This determination was made after MPD conducted an individualized assessment of your personal background, which included the following:

## Records Discovered/Reviewed

| INCIDENT DATE | INCIDENT/OFFENSE (s) | DISPOSITION | JURISDICTION | SOURCE |
|---|---|---|---|---|
| 09-05-2020 | ADW (DV) CPWL | Dismissed | DC | JUSTIS |
| 05-27-2019 | Unlawful Discharge at Crowd | Arrested | MD | LINX |

You may appeal this decision by submitting a written request to the Concealed Pistol Licensing Review Board within fifteen (15) days after receipt of this notice. During the public health emergency, the appeal must be submitted by e-mail to cplrb@dc.gov. The request can also be mailed to: *Office of the City Administrator, Concealed Pistol Licensing Review Board // 1350 Pennsylvania Avenue, NW, Suite 513 // Washington, DC 20004*. The appeal should contain a copy of this notice; a description of the reasons why you believe this action was in error; all written materials that you wish the Board to consider; and your full name, address, email address, and telephone number.

Sincerely,

Michael O'Harran
Lieutenant, Firearms Registration Branch

**METROPOLITAN POLICE DEPARTMENT**
Corporate Support Bureau
Records Division-Firearms Registration Branch

### MEMORANDUM

**TO:** William Sarvis, Jr.
Executive Director
Corporate Support Bureau

**THRU:** Bernie Greene
Director
Records Division

**FROM:** Michael O'Harran
Lieutenant
Firearms Registration Branch

**DATE:** May 12, 2020

**SUBJECT:** Concealed Carry Pistol Tony Key #2020-2977 **Application Denial Recommendation**

### OVERVIEW

The applicant completed an application for a Concealed Carry Pistol License and is 45 years of age and resides at 5409 Chillum Place NE, Washington DC.

### CRIMINAL AND MENTAL HEALTH HISTORY

Records checks were conducted in WALES, JUSTIS, Courtview, Cobalt, Linx, PRISM and NICS. Fingerprints were captured, and sent to the FBI for analysis. Additionally, a check was conducted of the Firearms Registration Mental Health Database, and applicant was found to have no mental health record.

When determining whether a person meets the standard of eligibility, MPD assesses all available evidence that may reflect a failure the meet the minimum standards of eligibility. This decision may be based on police or court records that have been sealed from the public; arrest records that may not have resulted in charges or convictions; and even records from incidents that may not have resulted in an arrest. This determination takes into account risk factors, such as any acts of violence, history of domestic or intimate partner violence or abuse, threatened or actual use of weapons, drug or alcohol abuse, and reckless or repetitious illegal behavior. MPD conducts an individualized assessment to determine whether an applicant has met the minimum standards of eligibility.



All licensees are being held to the standard of eligibility described above. This may explain a decision to deny an applicant seeking renewal based on the same or similar background information that was initially approved. MPD's standard of eligibility is primarily based on reducing risk to public safety in the District of Columbia.

In this case, MPD conducted an individualized assessment of the applicant's criminal history background check, which included weighing relevant factors such as the passage of time, the applicant's age, and the disposition of any charge(s) and/or arrest(s). The applicant's criminal history background check included the following incidents/offenses, with the most serious incidents/offenses marked with an asterisk:

### Records Discovered/Reviewed

| SYSTEM CHECKED | RECORD/INCIDENT | DATE OF INCIDENT | DISPOSITION | INCIDENT DETAILS |
|---|---|---|---|---|
| 1. JUSTIS | ADW (DV) CPWL | 09-05-2020 | Dismissed | DC |
| 2. LINX | Unlawful Discharge at Crowd | 05-27-2019 | Arrested | MD |

A check with MPD Intelligence Branch found that the applicant has not been the subject of a "threats" investigation by that Branch and he has no known crew affiliations.

### SUMMARY

MPD did factor into the review the circumstances and final disposition of all of the above listed charges and incidents in which the applicant was involved, including reports and relevant information where available. Included in weighing a final decision was whether the incident resulted in conviction or non-conviction. In making a determination on suitability it does not require a finding that criminal charges resulted in convictions; that events occurred within a certain time period; or that the applicant has a history of violent behavior.

### Applicable Law/Regulations

- DC Code § 7-2502.03(a)(2) (Qualifications for Firearms Registration) states, "**Has not been convicted of a weapons offense** (but not an infraction or misdemeanor violation under § 7-2502.08, § 7-2507.02, § 7-2507.06, or § 7-2508.07) or a felony in this or any other jurisdiction (including a crime punishable by imprisonment for a term exceeding one year)

- DC Code § 7-2501.01(18) "Weapons offense" means any violation in any jurisdiction of any law which involves the sale, purchase, transfer in any manner, receipt, acquisition, possession, having under control, use, repair, manufacture, carrying, or transportation of any firearm, ammunition, or destructive device.

- DCMR 2335.1(a) (Suitability to obtain a concealed carry license) states, "A person is suitable to obtain a concealed carry license if he or she meets all of the requirements for a person registering a firearm pursuant to the Act."

## RECOMMENDATION

***Although all of these charges did not resulted in convictions, however the totality of charged offenses may be used when determining suitability to be licensed to carry a pistol.*** *Under the Chief's interpretation of the regulation DCMR 2335.1(d), conduct that is violent or criminal demonstrating low self-control, regardless of whether it results in a criminal conviction, may be grounds for denial of a CPL on the basis of unsuitability.*

DCMR 2335.1(d) states, "A person is suitable to obtain a concealed carry license if he or she: (d) has not exhibited a propensity for violence or instability that may reasonably render the person's possession of a concealed pistol a danger to the person or another." D.C. Code § 7-2502.03(a)(6A) "within the 5 years immediately preceding the application, has not had a history of violent behavior".

Based upon the aforementioned facts and circumstances, it is recommended that the applicant's request for approval of a license to carry a concealed pistol in the District of Columbia be **denied**.