# EXHIBIT D

# Steptoe 2021 Notice

# Concealed Carry Pistol License
### Notice of Revocation

Metropolitan Police Department · Firearms Registration Branch · 300 Indiana Ave, NW · Washington, DC 20001 · (202) 727-4275

## Licensee Information

| Steptoe | Keontae | M. |
|---|---|---|
| *Last Name* | *First Name* | *Middle Initial* |

| 3910 Ames Street NE | Washington | DC | 20019 |
|---|---|---|---|
| *Home Street Address* | *City* | *State* | *ZIP Code* |

December 22, 2021

Licensee:

A determination has been made to revoke your concealed carry pistol license. The Firearms Control Regulations Act of 1975, D.C. Official Code § 7-2501.01 *et seq.*, and its implementing regulations, D.C. Mun. Regs. tit. 24, § 2300, *et seq.*, specify certain licensing requirements for those intending to carry a concealed pistol. The Metropolitan Police Department (MPD) is authorized to deny a license when an inspection reveals that the applicant is not qualified to receive or not qualified to continue to hold the license. Under D.C. Code § 7-2509.05(a)(1) and D.C. Mun. Regs. tit. 24, § 2341.1, MPD may also revoke a license when it is determined that a current licensee no longer satisfies one or more of the concealed carry license qualifications or failed to comply with one or more requirements or duties imposed upon the licensee by the Act or its regulations.

This action is being taken based on a review of your actions on December 13, 2021, and the findings that you failed to carry your pistol on your person in a holster pursuant to D.C. Mun. Regs. tit. 24, §§ 2344.2

## Licensee Violations

| | Violation | DATE OF INCIDENT | MPD Action | INCIDENT DETAILS |
|---|---|---|---|---|
| 1. | *Fail to carry a pistol in a holster on your person in a firmly secure manner that is reasonably designed to prevent loss, theft, or accidental discharge DCMR 2344.2* | 12/13/21 | Revoked CPL | *During an investigative stop it was found that the pistol you were carrying was not secured on your person. The pistol was found inside your vehicle's glove box, loaded.* |

Under D.C. Code § 7-2509.05(a)(1) and D.C. Mun. Regs. tit. 24, § 2341.1, this serves as notice of MPD's intent to revoke your license. This revocation will take effect unless you request an appeal

to the Concealed Pistol Licensing Review Board no later than fifteen (15) days after the receipt of this Notice of Revocation. Unless you appeal this revocation or at the time it becomes final you are required to return your concealed pistol license to the Firearm Registration Branch (300 Indiana Avenue NW, room 3058, Washington, DC 20001).

You may appeal the proposed revocation by submitting a written request to the Concealed Pistol Licensing Review Board within fifteen (15) days after receipt of this Notice of Revocation. You should include a copy of this notice with your appeal. Your written request should be emailed to: cplrb@dc.gov

Sincerely,

Captain Colin Hall
Firearms Registration Branch




# METROPOLITAN POLICE DEPARTMENT
Records Division
Technical and Analytical Services Bureau

300 Indiana Avenue NW, Room 3058, Washington D.C., 20001  (202) 727-4275

**MEMORANDUM**

**TO:** Bernie Greene
Director
Records Division

**FROM:** Captain Colin Hall
Deputy Director
Records Division

**DATE:** December 17, 2021

**SUBJECT:** Recommendation for Revocation of Concealed Carry Pistol License for Keontae Steptoe –Violation of Duties of Licensee and Failure to Holster

## Overview

Mr. Keontae Steptoe was issued a concealed carry pistol license (CCPL) by the Metropolitan Police Department on May 30, 2021. On December 13, 2021, Mr. Steptoe was stopped during a traffic stop by United States Park Police (USPP) officers at 17th Street and Constitution Avenue NW. During the traffic stop USPP officers found that Mr. Steptoe was transporting his licensed pistol not holstered on his person and loaded in the glove box of his vehicle. Furthermore, it was discovered that he was carrying a large amount of marijuana and items associated with distribution of drugs. At the conclusion of the investigation by USPP Mr. Steptoe was placed under arrest for Possession with Intent to Distribute while Armed a felony offense. The handgun (Glock serial #BSBT866) was recovered as evidence and an offense report was created which documented the detailed interactions of the USPP investigation and events leading to the arrest of Mr. Steptoe, CCN 21-181723.

Under DC Municipal Regulation 2344.2 a licensee must carry their pistol in a holster on their person at all times. A review of the PWID w/Armed case against Mr. Steptoe revealed that the charges were No Papered by the United States Attorney's Office.

## Evidence

- The MPD report generated during this incident was reviewed and attached to this investigation. This report documents the events surrounding the incident involving Mr. Steptoe and his firearm on December 13, 2021, CCN# 21-181723

## Licensee Biographical Information

| | |
|---|---|
| Name: | Steptoe, Keontae |
| DOB: | April 9, 1998    23 years of age |
| Address: | 3910 Ames Street NE<br>Washington, DC 20019 |
| License Issue Date: | November 22, 2021 |
| Registered Firearms: | 1 firearm registered #202006266 |
| Charges: | PWID w/Armed-No Paper |

## Relevant DC Code or Regulations

- DC Municipal Regulation 2341.5 The Chief may revoke a concealed carry license on a finding that the licensee: (1) No longer satisfies one or more of the concealed carry license qualifications set forth in the Act or any regulation authorized by the Act; or **(2) Failed to comply with one or more requirements or duties imposed upon the licensee by the Act or any regulation authorized by the Act.**

- DCMR 2344.2 A licensee shall carry any pistol in a holster on their person in a firmly secure manner that is reasonably designed to prevent loss, theft, or accidental discharge of the pistol.

## Summary

This investigation has found that Mr. Steptoe violated the DC Municipal Regulations by failing to carry his licensed pistol in a holster, securely on his person. His registered firearm was found loaded and stored in the glove box of his vehicle during a traffic stop by the USPP.

## Recommendation

Based on these findings it is the recommendation of the writer that Mr. Steptoe's concealed carry license be revoked for a period of two years (the full duration of a license) based on violating DCMR 2344.2. Mr. Steptoe may be eligible to reapply for a concealed carry pistol license at the expiration of this revocation period.