# EXHIBIT F

# Steptoe 2022 Notice

 

## Technical and Analytical Services Bureau
### Records Division ◆ Firearms Registration Branch

300 Indiana Avenue NW, Room 3058, Washington D.C. 20001 ◆ (202) 727-4275 ◆ firearms.adminbox@dc.gov

### Notice of Revocation of Firearm Registration

April 5, 2022

Keontae Steptoe
3910 Ames Street, NE
Washington, DC 20019
SteptoeKeontae@yahoo.com

Mr. Steptoe:

A determination has been made to revoke your Firearms Registration Certificate (#202006266). The Firearms Control Regulations Act of 1975, D.C. Official Code §7-2501.01 *et seq.*, and its implementing regulations specify the criteria for persons seeking to register a firearm in the District of Columbia. Under D.C. Code §7-2502.09(a)(1), the Metropolitan Police Department (MPD) is authorized to revoke a registration certificate if any of the criteria for registration are not currently met.

This revocation action is based on the following reason(s):

- **D.C. Code § 7-2502.03(a)(6A) prohibits firearm registration for individuals who have had a history of violent behavior within the past five years. Please note that this criteria does not require criminal convictions.**
  - On April 5, 2017, you threatened to shoot someone before fleeing the scene in a vehicle. (CCN: 17-055-197)
  - On April 29, 2020 there was a Sound of Gunshots call in the 1300 block of Fairmont Street, NW. Officers were dispatched and, upon arrival, they located multiple spent shell casings and a crime scene. Shortly thereafter, you delivered the shooting victim to an area hospital. (CCN: 20-065-194)
  - On November 28, 2021 in the 1300 block of Fairmont Street, NW you attempted to interfere with a police investigation by assaulting a police officer and resisting arrest. You were additionally found to be in possession of a quantity of marijuana, the amount of which was more consistent with the intent to distribute the drug.
  - On December 13, 2021 you were arrested for Possession with Intent to Distribute Marijuana while Armed. The officers recovered various forms of leafy green substance that tested positive for Marijuana, and located your registered firearm loaded and improperly stored in the glove box of your vehicle.

**Instructions on how to appeal:** You may appeal this determination to the Director of the Metropolitan Police Department's Records Division. Your appeal must be submitted within fifteen (15) days of the date this notice was served to:

Director of Records Division
Metropolitan Police Department
300 Indiana Avenue NW, Room 5001
Washington, DC 20001
Email: Firearms.Adminbox@dc.gov

Respectfully,

*Brian H. Brown*

Lieutenant Brian Brown
Firearms Registration Branch

**METROPOLITAN POLICE DEPARTMENT**
Technical and Analytical Services Bureau
Records Division
Firearms Registration Branch

**MEMORANDUM**

**TO:**     Concealed Pistol Licensing Review Board

**THRU:**   Bernie Greene
            Director
            Records Division

**FROM:**   Brian Brown
            Lieutenant
            Firearms Registration Branch

**DATE:**   April 5, 2022

**SUBJECT:** Response to Order to Stay in the Appeal of Keontae Steptoe (2022-010R)

On March 11, 2022, the Concealed Pistol Licensing Review Board (CPLRB) Panel issued an Order to Stay in the appeal of Mr. Keontae Steptoe and remanded this matter to the Chief of the Metropolitan Police Department (MPD), pursuant to D.C. Mun. Regs. tit. 1, § 1211.1. In this matter, Mr. Steptoe challenges MPD's revocation of his concealed pistol license (CPL). The Chief, by and through his designee, submits the following response to Panel's Order to Stay:

Upon further review, MPD has determined that Mr. Steptoe does not meet the criteria for firearm registration based on the finding that Mr. Steptoe has a disqualifying "history of violent behavior" within the past five years. D.C. Code §§ 7-2502.03(a)(6A), 7-2502.09(a)(1). On April 5, 2022, MPD issued Mr. Steptoe a notice of proposed revocation of Mr. Steptoe's firearm registration certificate. A copy of MPD's registration revocation notice is attached.

Accordingly, MPD's revocation of Mr. Beale's CPL should be upheld based on the finding that Mr. Beale does not meet the requirements for a person registering a firearm. D.C. Code §§ 7-2509.02(a)(2), 7-2502.03(a)(6A).

Attachment

**CERTIFICATE OF SERVICE**

2

I hereby certify that on April 5, 2022, I served a copy of the foregoing by email to:

Keontae Steptoe
3910 Ames Street, NE
Washington, DC 20019
SteptoeKeontae@yahoo.com

Signed: _____ LT. B. BROWN #6-378
Firearms Registration Branch
Metropolitan Police Department

2