# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **Civil Action No. 1:22-CV-02672-RCL** |

## ORDER

Upon consideration of Defendant's Motion to Stay the Case Or, Alternatively, Dismiss Plaintiffs' Complaint (Motion), Plaintiffs' Opposition, Defendant's Reply, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Complaint is dismissed with prejudice.

**SO ORDERED**.

Date: _____

_____
Royce C. Lamberth
United States District Judge