Rev. 11/2020

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

SANU MILLARD, ET AL

           Plaintiff

          vs.

GOVERNMENT OF THE DISTRICT OF
COLUMBIA

           Defendant

Civil No.        22-2672    (CKK) ▾

Category  L    ▾

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on ___3/1/2023___ from Judge Royce C. Lamberth ▾

to Judge Colleen Kollar-Kotelly ▾ by direction of the Calendar Committee.

(Case Not Related) ▾

JUDGE RUDOLPH CONTRERAS

Chair, Calendar and Case
Management Committee

cc:    Judge Royce C. Lamberth ▾ & Courtroom Deputy

       Judge Colleen Kollar-Kotelly ▾ & Courtroom Deputy

Liaison, Calendar and Case Management Committee