UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, et al.,<br>Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 22-02672 (CKK) |

# PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY THE CASE, OR ALTERNATIVELY, MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Plaintiffs hereby respectfully move this Court pursuant to Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 6(b)(1)(A) for an approximately 60-dayextension of Plaintiffs' deadline, for the reasons detailed below, until May 22, 2023, to respond to the Defendant's Motion to Stay The Case, or Alternatively, Motion to Dismiss Plaintiffs' Complaint [ECF No. 19] by filing an opposition to the motion to stay and a response to the motion to dismiss.

**CONSENT SOUGHT AND OBTAINED**

Plaintiffs' counsel sought the District's consent to the relief requested herein pursuant to LCvR 7(m) and the District does consent.

## MOTION TIMELY FILED

The District filed a motion asking for a stay of the case, or, in the alternative, for a motion to dismiss the complaint, under a single docket event,

This motion is filed before the expiration of the deadline for filing a response to the District's Motion to Dismiss set by Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 6(d) about March 21, 2023.

This motion is also filed before the expiration of the deadline for filing a response to the motion to stay set by Fed. R. Civ. P. 6(d) and LCvR 7(b) which is about March 14, 2023.

## APPLICABLE LAW SUPPORTS GRANT OF MOTION

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant Plaintiffs' requested extension providing that "good cause" exists for the extension for good cause. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Plaintiffs need more time to respond to the District's Motion to Dismiss by filing an amended complaint by right or an opposition to the motion because of the complexity and novelty of the issues raised in defendant's Motion to Dismiss and because of plaintiffs' counsel's travel schedule. Plaintiffs need more time to respond to the District's Motion to Stay for the same reasons.

## RELIEF REQUESTED

Plaintiffs respectfully move this Court to set the deadline for Plaintiffs to file an opposition or to file an amended complaint by right in response to defendant's motion to dismiss until May 21, 2023.

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
717 D Street, N.W.
#300
Washington, DC 20004
Phone 202/824-0700
Email clairbornelaw@gmail.com