UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, et al.,<br>Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 22-02672 (CKK) |

PROPOSED ORDER

Plaintiffs' motion is GRANTED; Plaintiffs have until May 21, 2023 to file an opposition to the stay and a response to the motion to dismiss the complaint in the Defendant's Motion to Stay The Case, or Alternatively, Motion to Dismiss Plaintiffs' Complaint [ECF No. 19].

_____
Judge Colleen Kollar-Kotelly
United States District Court Judge

1