AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| SANU MILLARD; TONY KEY; KEONTAE STEPTOE ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-02672-CKK |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sanu Millard; Tony Key; Keontae Steptoe                                            .

Date:   03/20/2023                              /s/Alan Beck
                                       *Attorney's signature*

                              Alan Beck DC District Court Bar# HI0001
                              *Printed name and bar number*

                              2692 Harcourt Drive
                              San Diego, CA 92123

                              *Address*

                              alan.alexander.beck@gmail.com
                              *E-mail address*

                              (619) 905-9105
                              *Telephone number*

                              *FAX number*