UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, et al.,<br>Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No: 22-02672 (CKK) |

# PLAINTIFFS' SECOND CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY THE CASE, OR ALTERNATIVELY, MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Plaintiffs hereby respectfully move this Court pursuant to Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 6(b)(1)(A) for a brief, one week extension of Plaintiffs' deadline, for the reasons detailed below, until May 29, 2023, to respond to the Defendant's Motion to Stay The Case, or Alternatively, Motion to Dismiss Plaintiffs' Complaint [ECF No. 19] by filing an opposition to the motion to stay and a response to the motion to dismiss.

**CONSENT SOUGHT AND OBTAINED**

Plaintiffs' counsel sought the District's consent to the relief requested herein pursuant to LCvR 7(m) and the District does consent based on the proposed briefing schedule set forth below.

## MOTION TIMELY FILED

The District filed a motion asking for a stay of the case, or, in the alternative, for a motion to dismiss the complaint, under a single docket event,

This motion is filed before the expiration of the deadline for filing a response to the District's Motion to Dismiss set by Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 6(d) about March 21, 2023.

This motion is also filed before the expiration of the deadline for filing a response to the motion to stay set by Fed. R. Civ. P. 6(d) and LCvR 7(b) which is about March 14, 2023.

## APPLICABLE LAW SUPPORTS GRANT OF MOTION

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant Plaintiffs' requested extension providing that "good cause" exists for the extension for good cause. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

Plaintiffs need more time to respond to the District's Motion to Dismiss by filing an amended complaint in response to the motion because of the complexity and novelty of the issues raised in defendant's Motion to Dismiss and because of the large number of cases interpreting the recent Supreme Court case, *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022), for example, e.g., *United States v. Rahimi*, 61 F.4th 443, 448 (5th Cir. 2023) and *Allen v. District of Columbia*, Civil Action No. 20-cv-2453 (TSC), 2023 U.S. Dist. LEXIS 60950 (D.D.C. Mar. 31, 2023). Moreover, Plaintiffs' counsel are still learning more about the Chief's standard for reviewing licenses to carry a pistol ("CPLs") outside the home and place of business. Plaintiffs need more time to respond to the District's Motion to Stay for the same reasons.

## RELIEF REQUESTED

Plaintiffs respectfully move this Court to set the deadline for Plaintiffs to file an amended complaint by right in response to defendant's motion to dismiss until May 19, 2023.

The Parties propose the following briefing schedule:

| | |
|---|---|
| District's deadline to file motion to dismiss / and or motion to stay | July 6, 2023 |
| Plaintiffs' deadline to file opposition to motions | August 7, 2023 |
| District's deadline to file reply to Plaintiffs' opposition | August 21. 2023 |

Respectfully submitted,

/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Plaintiffs and the class
717 D Street, N.W.
#300
Washington, DC 20004
Phone 202/824-0700
Email clairbornelaw@gmail.com