UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD**, et al.,<br>Individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No: 22-02672 (CKK) |

### PLAINTIFFS' THIRD CONSENT MOTION FOR A ONE-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO STAY THE CASE, OR ALTERNATIVELY, MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Plaintiffs hereby respectfully move this Court pursuant to Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 6(b)(1)(A) for a one day extension of Plaintiffs' deadline, until May 30, 2023, to respond to the Defendant's Motion to Stay The Case, or Alternatively, Motion to Dismiss Plaintiffs' Complaint [ECF No. 19] by filing an opposition to the motion to stay and a response to the motion to dismiss.

**CONSENT SOUGHT AND OBTAINED**

Plaintiffs' counsel sought the District's consent to the relief requested herein pursuant to LCvR 7(m) and the District does consent based on the proposed briefing schedule set forth below.

## MOTION TIMELY FILED

The District filed a motion asking for a stay of the case, or, in the alternative, for a motion to dismiss the complaint, under a single docket event,

This motion is filed before the expiration of the deadline for filing a response to the District's Motion to Dismiss set by Fed. R. Civ. P. 15(a)(1)(B) and Fed. R. Civ. P. 6(d) on or before May 29, 2023.

This motion is also filed before the expiration of the deadline for filing a response to the motion to stay set by Fed. R. Civ. P. 6(d) and LCvR 7(b) which is also May 29, 2023.

## APPLICABLE LAW SUPPORTS GRANT OF MOTION

Federal Rule of Civil Procedure 6(b)(1)(B) authorizes the Court to grant Plaintiffs' requested extension providing that "good cause" exists for the extension for good cause. Fed. R. Civ. P. 6(b)(1)(B). Courts have explained that good cause in this context simply "means a valid reason for delay[,]" *Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012). Good cause is present here.

At Plaintiffs' request this Court seat the deadline as on or before, Monday, May 29, 2023.

May 29, 2023 is a legal holiday, Memorial Day.

> Under Federal Rule of Civil Procedure 6(a), a filing deadline expressed in a period of days is calculated so as not to end on a Saturday, Sunday, or legal holiday. Fed. R. Civ. P. 6(a)(1)(C). GT correctly notes that this rule, by its language, applies when computing time periods and not when a filing date has been specified.

*Scanlon v. Greenberg Traurig, LLP*, 778 F. Supp. 2d 56, 58 (D.D.C. 2011)

Therefore, Plaintiffs move the Court for a one-day extension until Tuesday, May 30.

## RELIEF REQUESTED

Plaintiffs respectfully move this Court to set the deadline for Plaintiffs to file an amended complaint by right in response to defendant's motion to dismiss until May 30, 2023.

Respectfully submitted,

/s/William Claiborne  
WILLIAM CLAIBORNE  
D.C. Bar # 446579  

Counsel for Plaintiffs and the class  
717 D Street, N.W.  
#300  
Washington, DC 20004  
Phone 202/824-0700  
Email claibornelaw@gmail.com