UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT OF THE DISTRICT OF COLUMBIA, <br><br> Defendant. | Civil Action No. 1:22-cv-02672-CKK |

### DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND

Defendant District of Columbia (the District) moves under Rule 6(b)(1)(A) and with Plaintiffs' consent for an extension of time—until August 30, 2023—to respond to Plaintiffs' forthcoming proposed Second Amended Complaint. Rule 6(b)(1)(A) provides for extensions on a showing of good cause.

Pursuant to the schedule previously set by the Court, Plaintiffs filed their Amended Complaint on May 30, 2023. *See* Minute Order (May 11, 2023). Defendant's motion to dismiss is due by July 6, 2023. Minute Order (May 31, 2023).

Plaintiffs intend to move for leave to file a Second Amended Complaint with the District's consent. A draft of the proposed Second Amended Complaint reviewed by the undersigned, brought on behalf of a putative class, is long and legally complex, and the District again anticipates filing a dispositive motion in response. Preparing that motion, especially around summer schedules, will take considerable time. Further, the attorney primarily responsible for the motion will be occupied with an emergency proceeding in this Court for most of July. The District is also working to answer the historical inquiry posed by the Court in its

March 10, 2023 Minute Order as fulsomely as possible. Searching historical archives and securing the services of expert historians is taking considerable time. Finally, the litigation team for this matter will be undergoing a staffing change at the end of July.

    The District submits that these reasons constitute good cause justifying the requested extension. Although the District files this Motion less than four business days before the deadline, it does so because the District was waiting on Plaintiffs to provide a draft of the second amended complaint and file their motion for leave to amend, which is still forthcoming. Plaintiffs consent to the requested extension, so no party will suffer prejudice if the Court agrees and grants this Motion. And the proposed extension will neither affect other dates or deadlines nor materially delay resolution of the action. A brief memorandum and proposed order are attached.

Date: July 5, 2023.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Andrew J. Saindon*
ANDREW J. SAINDON [456987]
Senior Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 724-6643
Email: andy.saindon@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD,** *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No. 1:22-cv-02672-CKK |

**MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME TO RESPOND**

In support of Defendant's Consent Motion for an Extension of Time to Respond, Defendant submits the following:

1. Rule 6(b)(1) of the Federal Rules of Civil Procedure;

2. Defendant's showing of good cause, as stated in the Motion;

3. Plaintiffs' consent to the requested relief; and

4. The inherent power of the Court.

Date: July 5, 2023.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

                */s/ Andrew J. Saindon*
                ANDREW J. SAINDON [456987]
                Senior Assistant Attorney General
                Civil Litigation Division
                400 6th Street, NW
                Washington, D.C. 20001
                Phone: (202) 724-6643
                Email: andy.saindon@dc.gov

                *Counsel for Defendant*