UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD**, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**,<br><br>　　　Defendant. | Civil Action No. 1:22-cv-02672-CKK |

## ORDER

Upon consideration of Defendant's Consent Motion for an Extension of Time to Respond (Motion), Plaintiffs' consent, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant's response to the Second Amended Complaint is due by August 30, 2023.

　　**SO ORDERED**.

Dated: _____　　　　　_____
　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　United States District Judge