UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD<br>1400 Michigan Ave NE<br>Washington, DC 20017<br><br>and<br><br>TONY KEY<br>1112 Thompson Ave<br>Severn, MD 21144,<br><br>and<br><br>KEONTAE STEPTOE<br>5002 70th Ave.<br>Hyattsville, MD 20784.<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br> v.<br><br>GOVERNMENT OF THE<br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: **22-02672 (CKK)** |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

NOW COME Plaintiffs, by and through counsel, and file this, their Motion for Leave to File Their Second Amended Complaint, and would show unto the Court the following:

On September 6, 2022, Plaintiffs filed their initial complaint. ECF# 1. On May 30, 2023, Plaintiffs filed their first amended complaint. ECF# 33. Plaintiffs wish to file a second amended complaint to add Plaintiff Kenneth Hope to the case as a Named Plaintiff and to remove Plaintiff Tony Key as a Named Plaintiff. Pursuant to Local Rule 7(m), Plaintiffs have conferred with the Defendant's counsel, and they have consented to this motion. Pursuant to Local Rule 15.1, Plaintiffs have attached a copy of the complaint as they intend to file it. *See* Exhibit 1. They also are attaching a redlined version of the complaint with all the amendments to the complaint. *See* Exhibit 2. Fed. R. Civ. P. 15(a)(2) allows a party to amend with "the court's leave" and that the "court should freely give leave when justice so requires." Plaintiffs respectfully request that this Court grant this motion.

Respectfully submitted,

Dated: July 6, 2023.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ William Claiborne<br>WILLIAM CLAIBORNE<br>D.C. Bar # 446579 | /s/ Alan Alexander Beck<br>ALAN ALEXANDER BECK<br>D.C. Bar # HI001 |

| | |
|---|---|
| 717 D Street, N.W<br>Suite 300<br>Washington, DC 20006<br>Phone 202/824-0700<br>Email claibornelaw@gmail.com<br><br><br>Counsel for Sanu Millard, Tony Key, and Keontae Steptoe on behalf of themselves and the putative class members | 2692 Harcourt Drive<br>San Diego, CA 92123<br><br><br>Email<br>alan.alexander.beck@gmail.com<br><br><br>Counsel for Sanu Millard, Tony Key, and Keontae Steptoe on behalf of themselves and the putative class members |

## CERTIFICATE OF SERVICE

    I, Alan Alexander Beck counsel for Plaintiffs, hereby certify that on this day, I have caused to be filed the foregoing document or pleading with the District Court's ECF which sent a notice and a copy of the foregoing to all counsel of record.

Dated: July 6, 2023.

                                                  /s/ *Alan Beck*
                                                  Alan Beck