UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANU MILLARD<br>1400 Michigan Ave NE<br>Washington, DC 20017<br><br>and<br><br>TONY KEY<br>1112 Thompson Ave<br>Severn, MD 21144,<br><br>and<br><br>KEONTAE STEPTOE<br>5002 70th Ave.<br>Hyattsville, MD 20784.<br><br>On behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br> v.<br><br>GOVERNMENT OF THE DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No.: 22-02672 (CKK) |

**PROPOSED ORDER**

It is **HEREBY ORDERE**D that Plaintiffs' Motion for Leave to File a Second Amended Complaint is **GRANTED**.

**IT IS SO ORDERED**.

Date: _____

_____
United States District Judge