# EXHIBIT B



# Concealed Pistol License Application
## Notice of Preliminary Approval

Metropolitan Police Department · Firearms Registration Branch · 300 Indiana Ave, NW Washington, DC 20001
(202) 727-4275 · firearms.adminbox@dc.gov

**Applicant Information**

| Millard | Sanu | N. |
|---|---|---|
| **Last Name** | **First Name** | **Middle Initial** |

| 6106 16th Street NW #804 | Washington | DC | 20011 |
|---|---|---|---|
| **Home Street Address** | **City** | **State** | **ZIP Code** |

Thursday, August 24, 2023

Applicant:

Your application for a District of Columbia Concealed Pistol License has been reviewed and preliminarily approved by the Metropolitan Police Department (MPD), subject to receipt of:

- A certificate of completion from an instructor certified by the Chief that includes at least sixteen (16) hours of training, and covers the following:
    - Firearm safety, including firearm safety in the home, a discussion of prevention of access by minors, locking and storing of firearms, and use of safety devices such as secure lock boxes;
    - Firearm nomenclature;
    - The basic principles of marksmanship;
    - The care, cleaning, maintenance, loading, unloading, and storage of pistols;
    - Situational awareness, conflict management, and use of deadly force;
    - Selection of pistols and ammunition for defensive purposes; and
    - All applicable District and federal firearms laws, including the requirements of the Act, An Act To control the possession, sale, transfer, and use of pistols and other dangerous weapons in the District of Columbia, to provide penalties, to prescribe rules of evidence, and for other purposes, approved July 8, 1932 (47 Stat. 650; D.C. Official Code §§ 22-4501 et seq.), and District law pertaining to self-defense.

- In addition, the applicant shall complete at least two (2) hours of range training, including shooting a qualification course of fifty (50) rounds of ammunition from a maximum distance of fifteen (15) yards (forty-five (45) feet), and receiving a qualifying score of seventy percent (70%) as certified by the instructor.

- A minimum of two (2) proofs of a bona fide residence as evidenced by the following:
    - Voter registration indicating the address of the dwelling place;
    - Motor vehicle registration indicating the address of the dwelling place;
    - Motor vehicle driver permit indicating the address of the dwelling place;
    - Withholding and payment of individual income taxes indicating the address of the dwelling place including:
    - Copies of certified District or state income tax returns; and
    - Copies of certified federal tax returns filed with the U.S. Internal Revenue Service;
    - Certified deed or lease or rental agreement for real property indicating the address of the dwelling place;
    - Cancelled checks or receipts for mortgage or rental payments;
    - Utility bills and payment receipts indicating the address of the dwelling place;
    - A copy of a bank account statement in the name of the applicant at the address of the dwelling place;
    - Copies of credit card or brokerage account statements mailed to the applicant at the address of the dwelling place; or
    - Copies of automobile insurance statements mailed to the applicant at the address of the dwelling place.

A list of Firearms Training Instructors certified by the MPD is available here: https://mpdc.dc.gov/page/concealed-carry-firearms-training-instructors-certified-mpd

If the MPD does not receive the required documentation within 45 days of receipt of this notice, your application may be denied for failure to meet the standards of eligibility required to obtain a concealed pistol license.

Sincerely,

Lieutenant Amodeo, S.P.
Metropolitan Police Department
Firearms Registration Branch