# EXHIBIT F

GOVERNMENT OF THE DISTRICT OF COLUMBIA
CONCEALED PISTOL LICENSING REVIEW BOARD

**Case Number: 2022-010R**



**DISMISSAL WITHOUT PREJUDICE OF APPEAL REQUEST
FILED BY KEONTAE STEPTOE**

Thank you for submitting your appeal request to the Concealed Pistol Licensing Review Board ("Board") concerning the denial of the application for, or revocation of, your concealed pistol license ("CPL") issued by the Chief of Police of the Metropolitan Police Department ("Chief").

Notice of Denial or Revocation Date: 12/22/2021        Appeal request date: 01/28/2022

Your CPL appeal request is **DISMISSED WITHOUT PREJUDICE** for these reasons:

1. _____ Your appeal request was untimely filed on ___ (date). 1 DCMR § 1201, 1202.

2. _____ Your appeal request filed on _____ did not include the Notice of Denial or Revocation ("Notice"). 1 DCMR § 1202.

3. _____ Your appeal request did not include the required registration certificate.

4. __X__ The Notice indicates that you are ineligible for the required registration certificate. For questions on your registration status, email bernie.greene@dc.gov; see also below.

5. __X__ **The record reflects that the Chief revoked your registration pursuant to the attached Notice of Revocation dated April 5, 2022. Please follow the appeal instructions on that registration notice.** Until the Chief has approved your PD-219 or issued to you a valid registration certificate consistent with D.C. Code § 7-2502.01 *et seq*., you are not eligible for a CPL.

For the reasons set forth in detail below, the Board has no jurisdiction to adjudicate the Chief's adverse registration action; as such, appellant's remedy at this time is not with the Board, but rather, with the Chief. To appeal the Chief's registration action, as indicated in the attached Notice of Revocation, appellant must appeal directly to the Chief's designee, the Director of the Records Division.

By way of background, to obtain a CPL, applicants must complete the following process:

*First*, **you must obtain a registration certificate** for the pistol that you seek to carry concealed. D.C. Code § 7-2509.02(a)(2) ("A person who submits [a CPL] application shall certify . . . that he or she . . . has obtained a registration certificate for the pistol that the person is applying to

Page **1** of 3

carry concealed"); 24 DCMR §§ 2332.1(b), (c), 2335.1(a). If the Chief of Police denies your PD-219 or registration application, or revokes your registration certificate, the Chief advises that you may appeal that adverse action to the Director of Records, whose adverse action if any may be appealed to the Office of Administrative Hearings ("OAH"). §§ 2-1831.03(b-2) (2), 7-2502.03, 7-2502.07, 7-2502.10. In the case of new or renewal applications, if the Chief does not approve or deny your registration application within 60 days of the date of submission (or 90 days if the Chief has extended that deadline), your application "shall be deemed to be denied for the purpose of appealing to the Director;" the Chief advises this 'constructive denial' also may be appealed to the Director pursuant to 24 DCMR § 2315.7. Per above, the Director's adverse action if any may be appealed to OAH.

The law provides for a detailed statutory process applicable to the Chief's review of registration applications and certificates, and the Chief's review of adverse registration actions is applicable to both District residents and non-residents. *See* §§ 7-2502.03 (setting forth qualifications for registration applicants); 7-2502.07(a) (directing the Chief to determine whether "theapplicant is entitled and qualified under the provisions of this unit" to obtain a registration certificate);7-2502.07(b) (providing the Chief with 60 days to approve or deny a registration application); 7-2502.10 (outlining specific requirements for the Chief's adverse actions regarding a registration application); *see also* § 2-1831.03(b-2) (2) (authorizing OAH to review adverse registration actions).

*Second*, **if and when you obtain an approved registration certificate for the pistol you seek to carry concealed,** you may be required to re-submit your CPL application to the Chief; please reach out to the Chief for details.

Note that the Chief may require some CPL applicants to apply for a registration certificate and a CPL at the same time. § 7-2502.02(a)(4)(C)(ii) (requiring some applications for a registration certificate to be made "[a]s part of the [CPL] application process"). But even if the applications are submitted at thesame time, the applicant must actually *obtain* the registration certificate before the Board can review any decision denying, revoking, suspending, or limiting a CPL. § 7-2509.02(a)(2); 24 DCMR §§ 2332.1(b), (c), 2335.1(a).

PRESIDING PANEL MEMBER: _Gary L Abrecht_   DATE: April 7, 2022

Pursuant to 1 DCMR § 1221.6, you may file an appeal of this dismissal with the District of ColumbiaCourt of Appeals as provided in section 908 of the Firearms Regulations Control Act of 1975 (D.C. Official Code § 7-2509.08).

Cc:   Betsy Cavendish, Mayor's Office of General Counsel
      Director Bernie Greene, MPD Firearms Registration Branch

CERTIFICATE OF SERVICE

I hereby certify that on this ___8__ day in April 2022, a copy of the Dismissal was emailed to the Supervisor, Firearms Registration Unit, authorized by the Chief of Police to act as his designee in thiscapacity (pursuant to the Firearms Regulations Control Act of 1975, effective January 6, 2015 (D.C. Act 20-564), and 24 DCMR § 2399)); and, emailed to appellant appellant's attorney at jas@scrofanolaw.com.

ADMINISTRATOR OR DESIGNEE SIGNATURE: *M. Vanneman*