# EXHIBIT H

 

# METROPOLITAN POLICE DEPARTMENT
Firearms Registration Branch-Records Division
Technical and Analytical Services Bureau

300 Indiana Avenue NW, Room 3058, Washington D.C., 20001   (202) 727-4275

April 7, 2023

Mr. Keontae Steptoe
5002 70th Avenue
Hyattsville, MD 20784

Mr. Steptoe,

This letter is in response to your appeal, dated April 19, 2022, in which you requested review of the proposal to revoke your firearm registration certificate (#202006266).

In your appeal, you argued that the notice of proposed revocation, dated April 5, 2022, was issued in error. You claimed the proposed revocation action mistakenly applied the criteria under D.C. Code § 7-2502.03(a)(6A), which prohibits the issuance of a firearm registration certificate to a person unless the person has not had a "history of violent behavior" within the "5 years immediately preceding the application." You argued that two of the incidents which were cited in the proposed revocation action had already occurred when you were approved registration in January 2021, and that these incidents and your two subsequent arrests do not demonstrate that you have had a history of violent behavior.

Upon review, I find some of your arguments persuasive. Therefore, your appeal is **granted**. MPD rescinds the proposed revocation of your firearm registration, as well as the proposed revocation of your concealed carry license.

Sincerely,

Bernadine Greene
Director
Records Division