# EXHIBIT I

  

**Firearms Registration Branch**

300 Indiana Ave. N.W. Room 3169, Washington D.C., 20001   (202) 727-4275   FAX (202) 724-2410

June 2, 2022

Mr. Kenneth L. Hope Jr.
2320 Chester St SE #301
Washington, D.C. 20020

Mr. Hope,

This is to advise you that your Firearms Registration application has been **denied** for the following reason(s):

- ☒ **D.C. Code § 7-2502.03(a)(6A) states:** *No registration certificate shall be issued to any or organization unless the Chief determines that such person, within the 5 years immediately preceding the application, has not had a history of violent behavior".*

    ***Specifically, you were arrested on 09/10/2019 – "Unlawful Entry", "Aggravated Assault on a Police Officer" and "Assault on a Police Officer" in D.C.***

You have 15 days from the date this notice is received to appeal this decision.  A copy of the regulations governing such appeals is attached for your information.  Appeals should be sent to the Director, Identification and Records Division, Metropolitan Police Department, 300 Indiana Avenue, N.W., Washington, D.C. 20001.

If you do not file your appeal within the time allowed, you shall be deemed to have conceded the validity of the reason or reasons stated in this notice, and the denial shall become final.

In the event you do not submit further evidence, you must do one of the following within 7 days after the decision becomes final:  (1) peaceably surrender to the police the firearm for which registration was revoked or disapproved; (2) lawfully remove such firearm from the District of Columbia for so long as you have an interest in such firearm; or, (3) otherwise lawfully dispose of your interest in such firearm.


Sincerely,


Firearms Registration Branch


FOR APPEALS INSTRUCTIONS SEE NEXT PAGE

FL-63 REV 7/08

# REGULATIONS GOVERNING APPEALS

### Denial and Revocation Procedures

*You have 15 days from the date this notice is received to appeal this decision. A copy of the regulations governing such appeals is copied below for your information. Appeals should be sent to:*

***Director, Records Division, Metropolitan Police Department, 300 Indiana Avenue, room 3058, N.W., Washington, D.C. 20001***
Bernie.Greene@dc.gov

## § 7-2502.10. Procedure for denial and revocation of registration certificate.

**(a)** If it appears to the Chief that an application for a registration certificate should be denied or that a registration certificate should be revoked, the Chief shall notify the applicant or registrant of the proposed denial or revocation, briefly stating the reason or reasons therefor. Service may be made by delivering a copy of the notice to the applicant or registrant personally, or by leaving a copy thereof at the place of residence identified on the application or registration with some person of suitable age and discretion then residing therein, or by mailing a copy of the notice first class mail, postage prepaid, to the residence address identified on the application or certificate. In the case of an organization, service may be made upon the president, chief executive, or other officer, managing agent or person authorized by appointment or law to receive such notice as described in the preceding sentence at the business address of the organization identified in the application or registration certificate. The person serving the notice shall make proof thereof by preparing an affidavit identifying the person served and stating the time, place, and manner of service.

The applicant or registrant shall have 15 days from the date the notice is served in which to submit further evidence in support of the application or qualifications to continue to hold a registration certificate, as the case may be; provided, that if the applicant does not make such a submission within 15 days from the date of service, the applicant or registrant shall be deemed to have conceded the validity of the reason or reasons stated in the notice, and the denial or revocation shall become final.

**(b)** Within 10 days of the date upon which the Chief receives such a submission, he shall serve upon the applicant or registrant in the manner specified in subsection (a) of this section notice of his final decision. The Chief's decision shall become effective at the expiration of the time within which to file a notice of appeal pursuant to Chapter 5 of Title 2 [§ 2-501 et seq.] or, if such a notice of appeal is filed, at the time the final order or judgment of the District of Columbia Court of Appeals becomes effective.
**(c)** Within 7 days of a decision unfavorable to the applicant or registrant becoming final, the applicant or registrant shall:
**(1)** Peaceably surrender to the Chief the firearm for which the registration certificate was revoked in the manner provided in § 7-2507.05; or
**(2)** Lawfully remove such firearm from the District for so long as he has an interest in such firearm; or
**(3)** Otherwise lawfully dispose of his interest in such firearm.
**(d)** If a firearm is in the possession of the Chief, the Chief may maintain possession of the firearm for which the registrant is temporarily or permanently prohibited from having lawful possession until final disposition of the matter.