# EXHIBIT J

# Concealed Carry Pistol License Application

Notice of Denial

**Metropolitan Police Department · Firearms Registration Branch**
300 Indiana Avenue NW, #3058 · Washington, DC 20001 · (202) 727-4275

## Applicant Information

| Hope Jr. | Kenneth | L. |
|---|---|---|
| *Last Name* | *First Name* | *Middle Initial* |

| 2320 Chester St SE #301 | Washington | DC | 20020 |
|---|---|---|---|
| *Home Street Address* | *City* | *State* | *ZIP Code* |

June 2, 2022

Dear Sir or Madam:

A determination has been made to **deny** your application for a concealed carry pistol license. The Firearms Control Regulations Act of 1975, D.C. Code § 7-2501 et seq., and its implementing regulations, D.C. Mun. Regs. Title. 24, § 2300 et seq., specify certain licensing requirements and qualifications for those intending to carry a concealed pistol in the District of Columbia. During a background check, the Metropolitan Police Department (MPD) searches several databases which contain records of persons with disqualifying information. MPD is authorized to deny a license when the subject of a background check has been matched with a prohibiting record or does not meet the standards of eligibility.

When determining whether a person meets this standard of eligibility, MPD assesses all available evidence that may reveal your criminal history. This decision may be based on police or court records that have been sealed from the public; arrest records that may not have resulted in charges or convictions; and even records from incidents that may not have resulted in an arrest.

Your denial is based on the standard of eligibility under Title 24, District of Columbia Municipal Regulations, § 2332.1(h) states, "a person is eligible for issuance of a license to carry a concealed pistol (concealed carry license or license) only if the person is a suitable person to be so licensed.

Based upon the aforementioned facts and circumstances, it is recommended that this application for a CPL be **denied** pursuant to **D.C. Code § 7-2502.03(a)(6A) states:** *No registration certificate shall be issued to any or organization unless the Chief determines that such person, within the 5 years immediately preceding the application, has not had a history of violent behavior".*

This determination was made after MPD conducted an individualized assessment of your personal background, which included the following:

| INCIDENT DATE | INCIDENT/OFFENSE(S) | DISPOSITION | JURISDICTION | SOURCE |
|---|---|---|---|---|
| 09/10/2019 | "Unlawful Entry" "Aggravated Assault on a Police Officer" "Assault on a Police Officer" in | Dismissed Nolle Nolle | D.C. | FBI/ III/ Justis/ PRISIM/ LinX/ Cobalt |

You may appeal this decision by submitting a written request to the Concealed Pistol Licensing Review Board within fifteen (15) days after receipt of this notice. During the public health emergency or public emergency, the appeal must be submitted by e-mail to cplrb@dc.gov. The request can also be mailed to: Office of the City Administrator, Concealed Pistol Licensing Review Board // 1350 Pennsylvania Avenue, NW, Suite 513 // Washington, DC 20004. The appeal should contain a copy of this notice; a description of the reasons why you believe this action was in error; all written materials that you wish the Board to consider; and your full name, address, email address, and telephone number.

Sincerely,

Firearms Registration Branch