UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD**, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>**GOVERNMENT OF THE DISTRICT OF COLUMBIA**,<br><br>  Defendant. | **Civil Action No. 1:22-CV-02672-CKK** |

## ORDER

Upon consideration of Defendant's Motion to Stay the Case Or, Alternatively, Dismiss Plaintiffs' Second Amended Complaint (Motion), Plaintiffs' Opposition, Defendant's Reply, and the entire record, it is:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Second Amended Complaint is dismissed with prejudice.

**SO ORDERED**.

Date: _____

_____
Hon. Colleen Kollar-Kotelly
United States District Judge