UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SANU MILLARD,** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **GOVERNMENT OF THE DISTRICT OF COLUMBIA,** <br><br> **Defendant.** | **No. 1:22-cv-02672-CKK** |

## JOINT STATUS REPORT

Previously, Defendant District of Columbia (District) moved to stay this case pending the Supreme Court's decision in *United States v. Rahimi*, 602 U.S. ----, No. 22-915, 2024 WL 3074728 (U.S. June 21, 2024), or, alternatively, to dismiss Plaintiffs' Second Amended Complaint. Def.'s Mot. to Stay or, Alternatively, Dismiss [31]. The Court granted the motion to stay and ordered the Parties "to meet and confer and file a joint status report within thirty days of the Supreme Court's decision in *United States v. Rahimi*, No. 22-915. Therein, the parties shall propose how to proceed in this case." Mem. Op. & Order [44] at 13. On June 21, the Supreme Court issued its decision in *Rahimi*.

The Parties conferred and agree that they should both have the opportunity to file short supplemental briefs addressing the effect of *Rahimi* on the pending motion to dismiss. The Parties also agree that they should both have the opportunity to file short response briefs responding to the other's supplemental brief. Accordingly, the Parties propose that the Court order that they are to file (1) supplemental briefs, not to exceed 10 pages, no later than August

20, 2024; and (2) response briefs, not to exceed 5 pages, no later than August 27, 2024. A proposed order is attached.

| | |
|---|---|
| Date: July 15, 2024. | Respectfully submitted, |

/s/ William Claiborne
William Claiborne [446579]
717 D Street, NW #300
Washington, D.C. 20004
(202) 824-0700
clairbornelaw@gmail.com

/s/ Alan Alexander Beck
Alan Alexander Beck [HI001]
2692 Harcourt Drive
San Diego, CA 92123
(619) 905-9105
alan.alexander.beck@gmail.com

*Counsel for Plaintiffs*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ Adam J. Tuetken
ADAM J. TUETKEN [242215]
RICHARD P. SOBIECKI [500163]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 735-7474
Email: adam.tuetken@dc.gov

*Counsel for Defendant*